IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. ___6:20-CR-029-H___ |
| DUSTY LARGE | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Convicted Felon in Possession of a Firearm and Ammunition
(Violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2))

On or about May 22, 2020, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Dusty Large**, defendant, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: a Taurus, 9 mm pistol, serial number TIX17425, and numerous rounds of 9 mm ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2).

**Dusty Large**
**Indictment – Page 1**

<u>Count Two</u>
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about May 22, 2020, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Dusty Large**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>Count Three</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(Violation of 18 U.S.C. § 924(c))

On or about May 22, 2020, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Dusty Large**, defendant, did knowingly possess a firearm, to wit: a Taurus, 9mm pistol, serial number TIX17425, in furtherance of a drug trafficking crime, that is, Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as charged in Count Two of this indictment, an offense for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of any offense alleged in this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Dusty Large** shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following: a Taurus, 9mm pistol, serial number TIX17425, and numerous rounds of 9mm ammunition.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
ANN HOWEY
Assistant United States Attorney
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7351
Facsimile:   806-472-7394
E-mail:      ann.howey@usdoj.gov

**Dusty Large**
Indictment – Page 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

SAN ANGELO DIVISION

UNITED STATES OF AMERICA

v.

DUSTY LARGE

INDICTMENT

| | |
|---|---|
| COUNT 1: | CONVICTED FELON IN POSSESSION OF A FIREARM AND AMMUNITION<br>Title 18, United States Code, Sections 922(g)(1), 924(a)(2). |
| COUNT 2: | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C). |
| COUNT 3: | POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME<br>Title 18, United States Code, Section 924(c).<br>(3 COUNTS + FORFEITURE NOTICE) |

A true bill rendered:

Lubbock _____ _____ Foreperson

Filed in open court this ___12th___ day of ___August___, A.D. 2020.
ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE